```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 01822
    SUSAN DUMELE
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2752


-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 01/28/2008 and was confirmed 04/21/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 12/22/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------
WELLS FARGO BANK           NOTICE ONLY    NOT FILED           .00            .00
WELLS FARGO BANK NA        CURRENT MORTG        .00           .00            .00
WELLS FARGO BANK NA        MORTGAGE ARRE   3283.35            .00        3283.35
INTERNAL REVENUE SERVICE   SECURED              .00           .00            .00
INTERNAL REVENUE SERVICE   SECURED              .00           .00            .00
AMERICAN EXPRESS BANK      UNSECURED         93.42            .00            .00
ROUNDUP FUNDING LLC        UNSECURED       3096.53            .00         216.48
DEPENDON COLLECTION        UNSECURED       NOT FILED          .00            .00
HSBC                       UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED        272.36            .00          19.04
CHASE STUDENT LOAN SERV    UNSECURED       9664.07            .00         675.62
US DEPT OF EDUCATION       UNSECURED      23094.36            .00        1614.53
FORREST L INGRAM           UNSECURED       NOT FILED          .00            .00
FORD MOTOR CREDIT          NOTICE ONLY    NOT FILED           .00            .00
FORD MOTOR CREDIT          UNSECURED       6820.22            .00         476.80
CARL DUMELE                NOTICE ONLY    NOT FILED           .00            .00
CARL L DUMELE              NOTICE ONLY    NOT FILED           .00            .00
DANIELLE DUMELE            NOTICE ONLY    NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   UNSECURED             .00          .00            .00
ROUNDUP FUNDING LLC        UNSECURED       NOT FILED          .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY        1378.47            .00        1378.47
DAVID R GERVAIS            DEBTOR ATTY         .00                           .00
TOM VAUGHN                 TRUSTEE                                        656.02
DEBTOR REFUND              REFUND                                           7.03

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                  8,327.34

PRIORITY                                      1,378.47

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 01822 SUSAN DUMELE
```

```
SECURED                                                    3,283.35
UNSECURED                                                  3,002.47
ADMINISTRATIVE                                                  .00
TRUSTEE COMPENSATION                                         656.02
DEBTOR REFUND                                                  7.03
                                    ---------------   ---------------
TOTALS                                     8,327.34         8,327.34
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

PAGE   2
CASE NO. 08 B 01822 SUSAN DUMELE